# ELECTRONIC RECORD

1418-14
1419-14
1420-14
1421-14

COA # 01-14-00251-CR          OFFENSE: 22.011 (Sexual Assault)

STYLE: Richard A. Dunsmore v. The State of Texas          COUNTY: Brazoria

COA DISPOSITION: DISMISS          TRIAL COURT: 412th Judicial District Court

DATE: 09/09/2014          Publish: NO    TC CASE #: 56909

## IN THE COURT OF CRIMINAL APPEALS

1418-14     1420-14
1419-14     1421-14

STYLE: Richard A. Dunsmore v. The State of Texas          CCA #:

_____PRO SE_____ Petition          CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:

_____REFUSED_____          JUDGE:

DATE: 02/11/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD